IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| **MEDIC 1 AIR, LLC,** | ) | |
|         **Plaintiff,** | ) | |
| | ) | **Case No: 3:08-CV-0201** |
| v. | ) | |
| | ) | |
| **OMNIFLIGHT HELICOPTERS, INC.,** | ) | |
| | ) | |
|         **Defendant.** | ) | |

| | |
|---|---|
| **OMNIFLIGHT HELICOPTERS, INC.,** | ) |
|         **Counterclaimant,** | ) |
| | ) |
| v. | ) |
| | ) |
| **MEDIC 1 AIR, LLC,** | ) |
|         **Counter-defendant.** | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

NOW, on this 19th day of March 2009, comes for consideration the Joint Motion to Dismiss Complaint & Counterclaims With Prejudice. From the pleadings and motions filed herein and being well and sufficiently advised in the law, the Court hereby ORDERS, ADJUDGES AND DECREES:

The parties are entitled to dismiss their causes of action with prejudice as matter of right pursuant to Fed. R. Civ. P. 41(a) and good cause exists to grant the Joint Motion to Dismiss Complaint & Counterclaim With Prejudice and the same is hereby GRANTED. The Plaintiff's Complaint, First Amended Complaint, and Counterclaim are dismissed with prejudice. Each side shall pay their own expenses including attorneys' fees.

IT IS SO ORDERED THIS 19th DAY OF MARCH 2009.

_____
Honorable Judge Brian S. Miller
Federal District Court Judge

| PREPARED BY: Ball & Stuart, PLLC | APPROVED: Quattlebaum, Grooms, Tull & Burrow, PLLC |
|---|---|
| ___/s/ Jason A. Stuart_____<br>Jason A. Stuart<br>Arkansas Bar No. 99009<br>415 N. McKinley, Ste. 310<br>Little Rock, AR 72205<br>501.687.9000 (Telephone)<br>501.687.9003 (Facsimile)<br>Jason.Stuart@Ball-Stuart.com (Email)<br>Attorneys for Medic 1 Air, LLC | ___/s/ Chad W. Pekron_____<br>Chad W. Pekron<br>Arkansas Bar No. 2008144<br>111 Center Street, Suite 1900<br>Little Rock, AR 72201<br>501.379.1700 (voice)<br>501.379.1701 (facsimile)<br>cpekron@qgtb.com<br>Attorneys for OmniFlight Helicopters, Inc. |